JOHN A. GOLDMARK (admitted *pro hac vice*)
  johngoldmark@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
Fax: (206) 622-7700

JAMES H. MOON (State Bar No. 268215)
  jamesmoon@dwt.com
HEATHER CANNER (State Bar No. 292837)
  heathercanner@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
RING LLC

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNETTE CODY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RING LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:23-cv-00562-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE JOINT CASE MANAGEMENT STATEMENT DEADLINE**<br><br>[L.R. 7-12, 6-2]<br><br>Assigned to the Hon. Araceli Martínez-Olguín<br><br>Current Date: May 31, 2023<br>Requested New Date: July 26, 2023 |

Pursuant to Local Rules 7-12 and 6-2, and subject to the approval of the Court, Plaintiff Annette Cody ("Plaintiff") and Defendant Ring LLC ("Defendant") jointly stipulate and respectfully request that the Court continue the deadline to file a Joint Case Management Statement as follows:

1. On February 8, 2023, Plaintiff filed its Complaint in this action (ECF No. 1), at which time the Court set an initial case management conference for May 11, 2023, at 10:00 a.m. (ECF No. 5);

2. On March 7, 2023, this action was reassigned to Judge Haywood S. Gilliam, Jr., and the Court reset the initial case management conference to May 16, 2023, at 2:00 p.m. and set a May 9, 2023 deadline for the Case Management Statement (ECF Nos. 13, 14);

3. On April 3, 2023, Defendant timely filed its Motion to Dismiss Plaintiff's Complaint (ECF No. 17), and on April 16, 2023, Plaintiff filed its First Amended Complaint (ECF No. 19);

4. On April 25, 2023, the parties stipulated pursuant to Local Rule 6-2 to continue the initial case management conference, and in response, the Court vacated the initial case management conference date (ECF Nos. 23, 24);

5. On May 1, 2023, Defendant filed its Motion to Dismiss Plaintiff's First Amended Complaint and the Court set the hearing on the motion and initial case management conference for July 13, 2023, at 2:00 p.m. (ECF Nos. 25, 27);

6. On May 10, 2023, this action was reassigned to Judge Araceli Martínez-Olguín in the San Francisco division and the Court vacated the case management conference date and set the deadline for parties to file a Joint Case Management Statement for May 31, 2023 (ECF No. 28);

7. On May 12, 2023, pursuant to the Court's reassignment order, Defendant renoticed its Motion to Dismiss Plaintiff's First Amended Complaint before this Court for July 13, 2023 at 2:00 p.m. (ECF No. 30);

8. In the interest of preserving the parties' and the Court's resources and promoting judicial economy, the parties agree there is good cause to continue the deadline to file a Joint

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. 3:23-cv-562-HSG

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Case Management Statement until after the motion hearing date, to allow the Court to resolve the pending Motion to Dismiss before the parties file a Joint Case Management Statement.

9. The parties therefore agree to continue the case management statement deadline from May 31, 2023 to **July 26, 2023**, subject to the Court's approval.

10. The parties agree that the stipulated continuance would not affect any other deadlines in this case and will not prejudice any party.

**IT IS HEREBY STIPULATED AND AGREED** that the deadline to file the case management statement be continued from May 31, 2023 to ~~July 26, 2023.~~ two weeks after this Court rules on the motion to dismiss.

**IT IS SO STIPULATED.**

DATED: May 18, 2023           DAVIS WRIGHT TREMAINE LLP

                              By:  /s/ *James H. Moon*
                                   James H. Moon

                              Attorneys for Defendant Ring LLC

DATED: May 18, 2023           PACIFIC TRIAL ATTORNEYS, APC

                              By:  /s/ *Victoria Knowles*
                                   Victoria Knowles

                              Attorneys for Plaintiff Annette Cody

2

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. 3:23-cv-562-HSG

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 19, 2023

_____
Hon. Araceli Martínez-Olguín

3

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. 3:23-cv-562-HSG

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899