# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# RELATED CASE ORDER

Before the Court is Plaintiff's Motion for Administrative Relief to Consider Whether Cases Should be Related. Defendant filed an opposition to the motion. As the judge assigned to case

23-cv-00562-AMO, *Cody v. Ring LLC*

I find that the more recently filed case that I have initialed below is not related to the case assigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 23-cv-02286-LB | Cody v. E. Gluck Corporation | | AMO |

**ORDER**

Dated: June 16, 2023

By: _____
Araceli Martínez-Olguín
United States District Judge