United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE CODY,<br><br>          Plaintiff,<br><br>     v.<br><br>RING LLC, et al.,<br><br>          Defendants. | Case No.23-cv-00562-AMO<br><br>**JUDGMENT** |

On January 16, 2025, the Court granted Defendant's motion to dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS JUDGMENT**.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 16, 2025

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**